PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO DEFEND AFFIRMATIVE ACTION, INTEGRATION AND IMMIGRANT RIGHTS AND FIGHT FOR EQUALITY BY ANY MEANS NECESSARY (BAMN), et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JENNIFER GRANHOLM, et al.,<br><br>    Defendants,<br><br>    and<br><br>CHASE CANTRELL; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JENNIFER GRANHOLM, et al.,<br><br>    Defendants,<br><br>MICHIGAN CIVIL RIGHTS INITIATIVE COMMITTEE, and AMERICAN CIVIL RIGHTS FOUNDATION,<br><br>    Proposed Defendant-Intervenors. | No. 2:07-mc-00077<br><br>**STIPULATION FOR ORDER SHORTENING TIME AND ORDER** |

1  The undersigned parties, by and through their attorneys, hereby stipulate and agree as
2  follows:
3  1. Plaintiffs Coalition for Defense of Affirmative Action By Any Means Necessary
4  (Coalition Plaintiffs) have served deposition subpoenas on Jennifer Gratz (Gratz) and Ward
5  Connerly (Connerly) to take place on September 13, and 14, 2007.
6  2. Gratz and Connerly have filed a Motion to Quash said deposition subpoenas with
7  this Court, which Motion was served by mail on August 10, 2007.
8  3. Local Rule 78-230(c) requires service of a motion 31 days prior to the hearing, so
9  that a motion served on August 10, 2007, could not be heard until September 10, 2007.
10  4. Counsel involved in this matter are located throughout the country, from California,
11  to Michigan, to Washington D.C., and New York.
12  5. A hearing on this matter as early as possible is needed to accommodate the travel
13  plans for counsel and one of the deponents.
14  6. It is in the interest of all parties to have this matter heard prior to the scheduled
15  depositions going forward.
16  7. The instant request is that the hearing go forward on the court date immediately
17  preceding September 10, 2007, said court date being September 7, 2007. The undersigned hereby
18  stipulate that the Motion to Quash Deposition Subpoenas of Jennifer Gratz and Ward Connerly
19  may be heard on shortened time on September 7, 2007.
20  8. Counsel for Gratz and Connerly understand that counsel for Coalition Plaintiffs will
21  submit a letter to this Court seeking to have the matter heard on September 4, 5, or 6, in order to
22  accommodate travel plans. Counsel for Gratz and Connerly does not object to such a letter being
23  sent, nor to the setting of the matter on September 4, 5, or 6, should this Court so decide.
24  9. Should this matter be heard on September 7, 2007, the parties to this stipulation
25  agree that Coalition Plaintiffs shall be allowed to file and serve their Opposition brief on
26  August 24, 2007, which is the date their brief would have been due under the 31 day notice rule.
27  The parties further stipulate that Gratz and Connerly will still file their Reply brief on August 30,
28  2007, 5 court days prior to the hearing.

- 1 -

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747

1   10. Should this matter be heard on September 4, 5, or 6, the parties stipulate that
2   Coalition Plaintiffs' Opposition brief shall be filed and served 13 calendar days prior to the
3   hearing. Any reply brief will be filed and served no later than 3 court days prior to the hearing.

6   DATED: August 16, 2007.            /s/ Alan W. Foutz
                                       ALAN W. FOUTZ

    Counsel for Michigan Civil Rights Initiative
    Committee and the American Civil Rights Foundation

11  DATED: August 16, 2007.           /s/ George B. Washington (as authorized on 8/16/07)
                                      GEORGE B. WASHINGTON

    Counsel for Coalition to Defend Affirmative Action
    By Any Means Necessary

**ORDER**

Having reviewed the papers submitted herewith and good cause appearing, this Court ORDERS that:

The hearing on Jennifer Gratz' and Ward Connerly's Motion to Quash Deposition Subpoenas and Request for Protective Order will be held on September 6, 2007, at 9:30 a.m. at the United States District Court for the Eastern District of California, 501 "I" Street, Sacramento, California 95814, in Courtroom No. 27, 8th Floor.

The Opposition Brief by Plaintiff Coalition for Defense of Affirmative Action By Any Means Necessary shall be filed and served on or before August 24, 2007.

The Reply Brief (if any) shall be filed and served on or before August 30, 2007.

DATED: August 21, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

28  Ddad1/orders.civil/coalition0077.stipord

- 2 -