IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COALITION TO DEFEND
AFFIRMATIVE ACTION,
INTEGRATION AND IMMIGRANT
RIGHTS AND FIGHT FOR EQUALITY
BY ANY MEANS NECESSARY, et al.,   No. MISC S-07-0077 LKK DAD

    Plaintiffs,

    v.   ORDER

JENNIFER GRANHOLM, et al.,

    Defendants,

MICHIGAN CIVIL RIGHTS INITIATIVE
COMMITTEE and AMERICAN CIVIL
RIGHTS FOUNDATION,

    Proposed Defendant-Intervenors.
_____/

    This matter came before the court on September 6, 2007, at 9:30 a.m. for hearing on proposed defendant-intervenors' motion to quash the deposition subpoenas of Jennifer Gratz and Ward Connerly and request for protective order. George B. Washington appeared pro hac vice on behalf of plaintiffs. Alan W. Foutz appeared on behalf of proposed defendant-intervenors.

/////

1

The court having considered all written materials submitted in connection with the motion, and having heard oral argument from the parties, for the reasons stated on the record, IT IS ORDERED that:

1. Proposed defendant-intervenors' August 9, 2007 motion to quash the deposition subpoenas of Jennifer Gratz and Ward Connerly is denied; and

2. Proposed defendant-intervenors' August 9, 2007 request for protective order is denied.

DATED: September 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

orders.civil/coalitiontodefendaffirmaction0077.oah.090607